UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AROR-ARK ARK O'DIAH,                                    )     **COMPLAINT**
                          Plaintiff,                          )
                                                        )     **CASE NO.**_____
              -against-                                 )     **COMPLAINT IN EQUITABLE RELIEF,**
                                                        )     **OR IN THE ALTERNATIVE $1 BILLION**
                                                        )     **AGAINST EACH DEFENDANT NAMED;**
UNITED STATES DEPARTMENT OF JUSTICE, AND                )     **U.S.C.A. CONST. AMENDMENTS 1, 4,**
UNITED STATES ATTORNEY GENERAL PAM BONDI;               )     **5, 6, 7, 8, 14 TO THE UNITED STATES**
UNITED STATES ATTORNEY FOR DISTRICT OF                  )     **CONSTITUTION VIOLATED, AND**
COLUMBIA JEAMINE PIRRO, AND ASSISTANT                   )     **AMERICAN WITH DISABILITY ACT;**
UNITED STATES ATTORNEY JANE M. LYONS;                   )     **TITLE VII OF THE FEDERAL CIVIL**
ANA C. REYES, JUDGE; VALERIE CAPRONI, JUDGE;            )     **RIGHTS ACTS OF 1866 AND 1964;**
PAMELA K. CHEN, JUDGE; SIDNEY R. THOMAS,                )     **WHISTLEBLOWER PROTECTION ACT;**
JDGE; DEBRA ANN LIVINGSTON, CHIEF JUDGE;                )     **TITLE 42 U.S.C. SECTIONS 1983,**
WILLIAM H. ALSUP, JUDGE; JOHN G. ROBERTS,               )     **1985, AND 1986; INCLUDING**
NEW YORK STATE SUPREME COURTS IN KINGS AND              )     **ANTI-TERRORIST ACT, AND**
QUEENS COUNTIES; ROBERT L. WILKINS, JUDGE;              )     **BREACH OF FIDUCIARY DUTIES VIA**
NEOMI RAO, JUDGE; JUSTIN R. WALKER, JUDGE;              )     **MEDICALLY, JUDICIALLY DELIBERATE**
MARK J. LANGER, CLERK; HANNAH N. GORMAN,                )     **INDIFFERENCE, AND RACIALLY**
DEPUTY CLERK; U.S. COURT OF APPEALS FOR THE             )     **DELIBERATE INDIFFERENCE; DENIED**
DISTRICT OF COLUMBIA CIRCUIT; FedEx EXPRESS;            )     **HEALTHCARE, AND DENIED TIMELY**
DANIEL R. COFFMAN, ESQ, AND CATHERINE A.                )     **CANCER SCREENING, ACCESS TO**
HANARAHAN, ESQ., AND WILSON, ELSER,                     )     **MEDICAL RECORDS AND TO COURT.**
MOSKOWITZ ELDELMAN DICKER, LLP;                         )     **TRIAL BY JURY DEMANDED.**
KATHERINE B. YODER, ESQ., ANDREW S. BASSAN,             )     **18 U.S.C. SECTIONS 1071**
 ESQ., AND KIENAN TREBACH LLP; ROBERT J.                )     **18 U.S.C. SECTIONS 1505**
COSTELLO, AND NASSAU COUNTY ATTORNEY;                   )     **18 U.S.C. SECTIONS 241-242**
ASTOR H. L. HEAVEN, ESQ., AND CROWELL &                 )     **28 U.SS.C. SECTIONS 1331**
MORING LLP; HON. BERNARD J. GRAHAM, JUDGE;              )     **28 U.S.C. SECTIONS 455**
AMERICAN EXPRESS FINANCIAL SERVICES, INC.;              )     **28 U.S.C. SECTIONS 351-364**
RANDOLPH D. MOSS, JUDGE; BRIAN J. LEVY;                 )     **INJUNCTIVE RELIEF DEMANDED.**
ALLISON KURTEL, SPECIAL MASTER AND                      )     **INVOKES 28 U.S.C. SECTION 1331**
SEPTEMBER 11 VICTIM COMPENSATION FUND;                  )
SOCIAL SECURITY ADMINISTRATION, AND FRANK               )     Case: 1:25-cv-02220     JURY DEMAND
J. BISGNANO, COMMISSIONER; RENAISSANCE                  )     Assigned To : Chutkan, Tanya S.
EQUITY HOLDINGS LLC, AND OWNER, AND                     )     Assign. Date : 7/14/2025
FLATBUSH GARDENS, AND ISABELLA JOH;                     )     Description: Pro Se Gen. Civ. (F-DECK)
HALEY HAWKINS, NYS AG ASSIST., AND NEW YORK             )
STATE DEPARTMENT OF TAXATION AND FINANCE;               )
JOHN HOWARD, MD, WTC HEALTH PROGRAM                     )
ADMINISTRATOR; COMMISSIONER, AND NEW YORK)                    **RECEIVED**          **1**
STATE DEPARTMENT OF CHILD SUPPORT                       )

JUL 14 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JPMORGAN CHASE BANK, N.A.; CAPITAL ONE BANK, )
N.A.; BILLY LONG, DIRECTOR, INTERNAL REVENUE )
SERVICE; NASSAU COUNTY; NEW YORK CITY; )
DIRECTV; NEW YORK STATE; TAMMY HULL, USPS )
INSPECTOR GENERAL, AND DAVID STEINER, USPS )
POSTMASTER GENERAL; EXTRA SPACE STORAGE )
/A/K/A/ LIFE STORAGE; HP, INC; RICHARD WALSH, )
ESQ; AT&T, AND AT&T WIRELESS; )
T-MOBILE /A/K/A/ SPRINT CORPORATION WITH )
T-MOBILE U.S., INC.;   STAPLES, INC.; VERIZON, AND )
VERIZON WIRELESS; DISCOVER FINANCIAL )
SERVICES, INC.; CHEMOURS COMPANY; NEW YORK- )
PRESBYTERIAN HOSPITAL /COLUMBIA, and NEW )
YORK-PRESBYTERIAN HOSPITAL-NEW YORK WEILL )
CORNELL CENTER; CARECREDIT /A/K/A/ )
CARECREDIT/SYNCHRONY BANK; SYNCHRONY )
BANK; BRIAN DOUBLES; CITY MD BROOKLYN )
HEIGHT; NEW YORK STATE COMMISSIONER OF THE )
DEPARTMENT OF CORRECTION AND COMMUNITY )
SUPERVISION; NYU LANGONE HEALTH PULMONARY )
AND SLEEP MED-BKLYN AND BORIS SAGALOVIC, )
MD; FLATBUSH GARDENS HOUSING DEVELOPMENT )
FUND CORP; BENJAMIN EPSTEIN; AND EPSTEIN, )
SCHREIER, & SHAPIRO LLC; PHILLIP ROSEN; )
HORING WELIKSON ROSEN & DIGRUGILLIIERS, PC; )
CBE GROUP LLC, )
**Sued in their Individual and in their Officials** )
**Capacities,**                        Defendants. )
————————————————————————x

**NEWLY DISCOVERED EVIDENCE
AMOUNTED TO FRAUDULENCE
CONCEALMENT, AND
FRAUDULENCE DELIBERATE
MISREPRESENTATION, AND
COVER-UP OF SERIES OF
ATTEMPTED MURDER AND ACTUAL
MURDER AND WRONGUL DEATH
AND BREACHES OF FIDUCIARY
DUTIES IN BAD FAITH UPON
THE IDENTIFICATION OF NATIONAL
ORIGIN INDUCED BY JOINT RACIAL
DISCRIMINATORY AND
RETALIATORY PRACTICES...**

## COMPLAINT AND JURISDICTIONAL STATEMENTS:

Plaintiff Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH, Pro Se, I am a Citizen of the United States of America of **NIGERIA NATIONAL ORIGIN**, 67 years old Black Male, Businessman. And the Defendants are Citizens of the United States of America, Private and Public Officials, Agencies and Departments of the United States of America doing businesses throughout the United States including in this District of Columbia. And the unconstitutional conducts, omissions, violation, injuries, and damages including the amount in disputes **$1Billion** the reliefs sought against each Defendant invoked Federal Question pursuant to 28 U.S.C. Sections 1331.

**2**

## INTRODUCTION OF CLAIMS

1.  NEWLY DISCOVERED EVIDENCE ON APRIL 24, 2025, THROUGH JUNE 12, 2025, AND THEREAFTER REVEALED AND SHOWS IMPLICIT AND EXPLICIT, AND DIRECT AND INDIRECT JOINT RACIALLY MOTIVATED RETALIATIONS AND DISCRIMINATIONS VIA USE OF FRAUDS AND FRAUDULENCE DELIBERATE MISREPRESNTATION IN EXPLICIT USE OF UNCONSTITUTIONAL SANCTION ORDER BY THE DEFENDANTS EXPLICIT PARTICIPATION TO SUBJECTED PLAINTIFF AROR-ARK ARK O'DIAH TO EGREGIOUS INTENTIONAL MALICOUS WIDESPREAD AND VAST JOINT RACIALLY MOTIVATED DISCRIMINATION TO DENIED PLAINTIFF EQUAL ACCESS TO COURTS NATIONWIDE, BUT WITHOUT SUBSTANTIVE DUE PROCESS AND WITHOUT DUE PROCESS.

2.  WHEREBY, PLAINTIFF WAS REPEATEDLY DENIED FREEDOM OF MOVEMENT, LIBERTY, HUMAN RIGHTS, FREE SPEECH, FREEDOM OF EXPRESSION, PROPERTIES, ASSOCITAIONS, TARGETED, TAUNTED SINGLED OUT, DENIED ACCESS TO BANKING, DENIED PURSUIT OF HAPPINESS. STAPLES, INC., FALSELY ACCUSED PLAINTIFF OF STEALING RESULTED TO UNLAWFUL DETENTION AND INJURIES.

3.  AND THE DEFENDANTS JOINTLY USED UNCONSTITUTIONAL SANCTION ORDER TO BLACKBALLED, BLACKMAILED, BLACKLISTED, AND SUBJECTED PLAINTIFF TO 31 MULTIPLE FALSE ARRESTS, MALICIOUS PROSECUTIONS, AND FALSE IMPRISONMENTS BY USE OF 'INHUMANE' LIES VIA USE OF FALSE POLICE OFFICER'S FABRICATED TESTIMONIES FRAUDULENTLY AND CONCEALEDLY DESIGNED TO KIDNAPPED PLAINTIFF INTO PRISON. **INJURIES TO DISABILITY.**

4.  AND THE DEFENDANTS USED THE SAME FALSE WITNESS TO SLANDERED PLAINTIFF TO CAUSE PLAINTIFF PAINS AND SUFFERING VIA DEFAMATIONS AND LIBELOUS INJURIES VIA 31 FALSE ARRESTS TO CAUSE HEAD TRUAMA, AND **SEARCHES AND SEIZURES OF PLAINTIFF'S $400,000.00 CASH INCLUDING FIVE PRIVATE BUSINESSES MOTOR VEHICLES WORTH MORE THAN $200,000.00. AND SUBJECTED PLAINTIFF TO 31 MULTIPLE POLICE BRUTALITIES WHERE PLAINTIFF SUFFER AND BECAME DISABLED RESULTED FROM POLICE EXCESSIVE USE OF FORCE;**

5.  AND THEREAFTER, UNCONSTITUTIONAL SANCTION ORDER WERE USED TO COVER-UP TO HIDE MANY **"WHITE-COLLAR CRIMES"** COMMITTED BY MANY CORRUPT RACIST JUDGES, AND JUSTICES, BUT WITHOUT DUE PROCESS. **STAPLES, INC., DEFAMED PLAINTIFF TO CAUSE PAINS.**     3

6.   NEWLY DISCOVERED EVIDENCES ALSO REVEALED CONSPIRACIES TO MURDER PLAINTIFF

TO CAUSE PLAINTIFF EXTREME ANXIETIES, EMOTIONAL DISTRESSES, AND HEAD TRAUMA FROM

POLICE OFFICERS USES OF FIST EXCESSIVE BLOW TO THE HEAD TO CAUSE PLAINTIFF PHYSICAL

BODILY INJURIES, AND RESULTED TO PHYSICAL DISABILITIES AND LOSS OF PRIVATES BUSINESSES.

7.   BUT THESE VIOLATIONS WERE COVERUP BY MANY CORRUPT RACIST JUDGES USING

UNCONSTITUTIONAL SANCTION ORDERS; VIA FRAUDULENCE DELIBERATE MISREPRESENTATION

IN DECEITFUL MANNER TO PERPETUATE DECEPTIONS, COLLUSIONS, CORRUPTIONS, ABUSE OF

DISCRETIONS, BIASES, PREJUDICES, RETALIATIONS, DISCRIMINATION, UNEQUAL PROTECTION,

REVENGE, VINDICTIVENESS, EXTORTION, PERJURY, RETRIBUTION, DEPRIVATION OF RIGHTS VIA

PUNISHMENT OF PLAINTIFF FOR EXERCISING CONSTITUTIONAL RIGHTS-FIRST AMENDMENT.

8.   PLAINTIFF HEREBY BELIEVES AND ALLEGES AND ASSERTS THAT THESE OMISSIONS

FURTHER SHOWS THAT "UNCHECKED POWER" AND "UNCHECKES AUTHORITIES" CAN BE EASILY

CORRUPTED TO INVOKED 28 U.S.C. SECTIONS 241-242; AND U.S.C.A. CONST. AMENDMENTS 1,

4, 5, 8, 14 TO THE UNITED STATES CONSTITUTION WHILE FedEx EXPRESS IMPLICITLY PARTICIPATED.

9.   AND PLAINTIFF HEREBY PRAY, ASKS, REQUEST AND DEMANDS FOR EQUITABLE RELIEF

OR IN THE ALTERNAIVE, $1BILLION (ONE BILLION U.S. DOLLAR) RELIEFS SOUGHT AGAINST

EACH DEFENDANT NAMED IN THIS ABOVE-CAPTIONED CIVIL ACTION UNDER TITLE VII OF THE

1964 FEDERAL CIVIL RIGHTS ACTS; AND 42 U.S.C. SECTIONS 1983, 1985, AND 1986; AND TITLE

18 U.S.C. SECTIONS 1071; AND TITLE 18 U.S.C. SECTIONS 1505, DISCRIMINATION UPON THE

IDENTIFICATION OF PLAINTIFF'S NATIONAL ORIGIN.   READ PLAINTIFF'S FACTS BELOW:     4

# ABSTRACT OF CLAIMS:
## VAST CONSPIRACIES TO COVERUP
## SERIES OF ATTEMPTED MURDER BY JUDGES

10. On about September 25, 2024, Plaintiff filed civil action **AROR-ARK ARK O'DIAH**

**v. RANDOLPH D. MOSS, JUDGE, ET AL., CASE NO. 1:24-cv-02736-ACR**, in the United

States District Court for the District of Columbia in Washington DC.   But on about April 21,

2023, there was a prior civil action in **AROR-ARK ARK O'DIAH v. JOHN G. ROBERTS, CHIEF**

**JUSTICE, ET AL**., **Case no. 1:23-cv-00653-RDM;** where Judge RANDOLPH D. MOSS was a named

Defendant; yet, this civil action was assigned to this Judge who is a named Defendant. And

repeatedly, Plaintiff has been denied and deprived ACCESS to the Courts <u>Discriminatively,</u>

<u>retaliatorily. And denied Substantive Due Process and Due Process</u> based upon the identification

of plaintiff National origin while unconstitutional sanction was racially used to blackballed,

blackmailed, blacklisted, defrauded, defamed, slandered, cause Plaintiff to libelous injuries.


11. On about September 25, 2024, the Pro Clerks Office in the United States District Court

for the District of Columbia issued COURT SUMMON. And all the SUMMONS with the copies of

Plaintiff's COMPLAINTS were served on the Defendants in the period of September 25, 2024,

through October 2, 2024. **These JUDGES continue to coverup attempted murder of Plaintiff.**


12. Only Defendant **RICHARD WALSH, ESQ**, appeared timely with an ANSWER, within

the time legally allowed, but each of All the other Defendants named in **O'DIAH v MOSS, ET AL.,**

**Case No. 1:24-cv-0236-ACR** civil action FAILED to appears, FAILED to filed answer or motion, or

any pleading within the time legally allowed in the CIVIL SUMMONS issued on September 25,

2024. And the Defendants were communicating with Judge without Plaintiff knowledge.      **5**

## <u>CLAIM ONE</u>

### <u>NEWLY DISCOVERED EVIDENCES SHOWS DEPRIVATIONS OF RIGHTS VIA CONSPIRACIES VIA FRAUD TO COVERUP ATTEMPTED MURDER, AND ACTUAL MURDER VIA RETALIATIONS AND DISCRIMINATION BY ALL THE DEFENDANTS RELYING ON UNCONSTITUTIONAL SANCTION ORDER USED TO PERPETUATE OBSTRUCT OF JUSTICE UPON THE IDENTIFICATION OF PLAINTIFF'S NATIONAL ORIGIN. U.S.C.A. CONST. AMENDMENTS 1, 5, 14:</u>

13. Newly discovered evidences on about April 24, 2025, through June 12, 2025, shows where **<u>ALL the Defendants participated</u>** in joint racially motivated conspiracies to deny and deprived Plaintiff Constitutional rights, substantive due process, due process, and access to Courts NATIONWIDE in widespread joint discriminatory and retaliatory unconstitutional policies and practices the Defendants adopted to obstruct justice to coverup series of attempted murder racially, corruptly and maliciously designed to stop Plaintiff from the exercises of rights **<u>upon the identification of Plaintiff's National Origin-NIGERIA</u>** via CHEMOUR COMPANY and CAPITAL ONE BANK, N.A.. But Plaintiff believes that these omissions constituted violations of protected rights; whereby, JPMORGAN CHASE BANK, N.A. issued Plaintiff DEBIT CARD with incorrect name with different name on the Bank Account and on DEBIT CARD **<u>having implicit fraud</u>** appearances.

14. On about April 24, 2025, Plaintiff discovered Judge ANA C. REYES, and Defendants with ATTORNEYS named corruptly AGREED via fraudulence concealment schemes without Plaintiff to use fraudulence deliberate misrepresentation to dismissed the **Case No. 1:24-cv-02736-ACR.**

**15.** On about April 24, 2025, after Plaintiff Discovered that Judge ANA C. REYES was fraudulently scheming with the Defendants and their Attorneys to denied and deprived Plaintiff EQUAL ACCESS to the COURT because Plaintiff named Judge RANDOLPH D. MOSS as Defendant but only to discovered that Judge RANDOLPH D. MOSS and Judge ANA C. REYES has personal Relationship involved **Case No. 1:23-cv-00653-RDM; whereby, Judge ANA C. REYES and Judge RANDOLPH D. MOSS, and U.S. Court of Appeals for DC. Circuit JUDGES conspired to concealed series of attempted MURDER, and MURDER of Plaintiff's Spouse on 02/25/2020.**          6

**16.** On about May 1, 2025, Plaintiff wrote a letter to Judge ANA C. REYES **to expressed his GRIEVANCE via JUDICIAL NOTICE by** email, but Judge ANA C. REYES was annoyed because Plaintiff exercise his FIRST AMENDMENT PROTECTED RIGHTS; as result, Judge ANA C.  REYES maliciously and retaliatorily and discriminatively dismissed **AROR-ARK ARK O'DIAH v. RANDOLPH D. MOSS, JUDGE, ET AL., Case No. 1:24-cv-02736-ACR** via use of fraudulence concealment and fraudulence deliberate misrepresentation of Plaintiff's complaint via retribution vindictively on June 12, 2025, without due process and egregiously closed the case.

**17.** On about April 28, 2025, in-person pre-motion conference was cancelled by Judge ANA C. REYES upon Plaintiff national origin identity, Judge did not want to grant Plaintiff ACCESS to the Court, but without **DUE PROCESS** because Plaintiff discovered Judge ANA C. REYES' attempts to protect Judge RANDOLPH D. MOSS by subjecting plaintiff to unequal protection.

18. The untimely pre-motion conference and motion for dismissal filed by the Defendants pending before Judge ANA C. REYES amounted to collusion to COVERUP the corruptions designed to perpetuates FRAUD by systematically showing reckless disregard for the TRUTH and by showing reckless disregard for SUBSTANTIVE DUE PROCESS, and DUE PROCESS in bad faith intended to obstruct justice RETALIATORILY upon the identification of **Plaintiff's national origin.**

**19. WHEREFORE,** if any PERSON or COURTS OFFICERS IN JUDICIAL CAPACITIES or COURTS CLERK or ATTORNEYS' EGREGIOUSNESS and OMISSIONS invoked 28 U.S.C. Sections 455, and 18 U.S.C. Sections 241-242, for violations of Amendments 1, 4, 5, 8 and 14 to United States Constitution if he or she does an affirmative act or participate in another acts or omit to perform an act which he or she is legally required to do that causes the deprivation of which this complaint is made. FURTHERMORE, I Aror-Ark Ark O'Diah, Pro Se, hereby asked, request and demand that this Honorable Court award $1 BILLION (ONE BILLION U.S. DOLLAR) or in the alternative equitable reliefs for pains, suffering, punitive, and INJUNCTIVE RELIEFS in FAVOR of this PLAINTIFF against each of the DEFENDANT named in this above-captioned action. And I hereby declare under penalty of perjury under the law of the United States of America pursuant to 28 U.S.C. Section 1746, that the above statements and the within and the attached are true and correct to the best of my knowledge and recollections.     7

# CLAIM TWO

## FRAUD, DEFAMATION, SLANDER, LIBEL, MEDICALLY DELIBERATE INDIFFERENCE, DELIBERATE MISREPRESENTATION, CRUEL AND UNUSUAL PUNISHMENT VIA USE OF UNCONSTITUTIONAL SANCTION ORDER BUT WITHOUT DUE PROCESS TO BLACKBALLED, BLACKMAILED AND BLACKLISTED PLAINTIFF BY THE DEFENDANTS TO CAUSE PLAINTIFF IRREPARABLE INJURIES AND PRIVATE BUSINESSES DAMAGES BECAUSE PLAINTIFF EXERCISE RIGHTS TO FILE JUDICIAL MISCONDUCT COMPLAINTS

20. Plaintiff hereby incorporates all the pleadings and statements of facts in supports of all the claims on page numbered-1 above into this page numbered-8 as if they were stated and pleaded in this paragraph numbered-20. **JUDGES hired hardcore criminal to murder Plaintiff.**

21. NEWLY DISCOVERED EVIDENCES ON APRIL 24, 2025 THROUGH JUNE 12, 2025, REVEALED THE DEFENDANTS DIRECTLY, INDIRECTLY AND IMPLICITLY JOINED IN AGREEMENT TO USE FRAUDULENCE CONCEALMENT AND FRAUDULENCE DELIBERATE MALICIOUS MISREPRESENTATION OF PLAINTIFF VIA CALLOUS USE OF UNCONSTITUTIONAL SANCTIONS ORDERS VIA VAST JOINT RACIALLY MOTIVATED EGREGIOUS UNCONSTITUTIONAL POLICIES TO PERPETUATE INHUMANE DEFAMATORY AND LIBELOUS ACTS TO DENIED PLAINTIFF SAFETY, PROPERTIES, LIBERTY, FREE SPEECH,  FREEDOM OF MOVEMENT, ASSOCIATIONS, CONSTITUTIONAL RIGHTS, LIFE, HOUSING, AND THE PURSUIT OF HAPPINESS TO CAUSE PLAINTIFF INJURIES, WRONGFUL DEATH, AND LOSES OF PRIVATE BUSINESSES BASED UPON NATIONAL ORIGIN IDENTITY AND THE DEFENDANTS JOINTLY RETALIATORILY SUBJECTED PLAINTIFF TO CRUEL AND UNUSUAL PUNISHMENT FOR FILING **"JUDICIAL MISCONDUCT COMPLAINTS".** AND THESE OMISSIONS CONSTITUTED VIOLATION OF U.S.C.A. CONST. AMENDMENTS 1, 4, 5, 8, AND 14; AND TITLE 42 U.S.C. SECTIONS 1983, 1985, 1986, AND WHISTLEBLOWER PROTECTION ACT; AND TITLE VII OF THE 1964 FEDERAL CIVIL RIGHTS ACT. AND I HEREBY STATES THE FOLLOWING SUPPORTING FACTS BELOW:

**CBE GROUP LLC FRAUDULENTLY INVADED AND SUBJECTED PLAINTIFF TO FALSE DEBT HARASSMENTS.**     8

22. On about April 24, 2025, through June 12, 2025, and continue to this present, newly Discovered evidence revealed that effective from October 25, 2000, through June 13, 2025, NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE, falsely subjected Plaintiff to 31 false arrests, by falsely informed NASSAU COUNTY POLICE, and NEW YORK CITY POLICE, and PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE that Plaintiff is a **"TERRORIST" and that Plaintiff owe NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE Child Supports. But Plaintiff alone raised all his Children. Plaintiff is NOT a "TERRORIST".**

23. On about April 24, 2025, through June 13, 2025, and continue to this present, newly discovered evidences revealed that effective from October 25, 2000, through June 13, 2025, the Defendants NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE, **jointly seized Plaintiff's $400,000.00 cash (Four Hundred thousand U.S. Dollar), and Five Privates Businesses Motor Vehicles worth more than $200,000.00** (Two Hundred Thousand U.S. Dollar), but WITHOUT SUBSTANTIVE DUE PROCESS and WITHOUT DUE PROCESS; and as a result, Plaintiff was unable to operates his TOURISM SERVICES BUSINESSES, and causes businesses losses.

24. On about April 24, 2025, through June 13, 2025, and continue to this present, newly Discovered evidences revealed that effective from September 11, 2001, and thereafter, NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE deliberately fraudulently misrepresented Plaintiff to NASSAU COUNTY POLICE, and NEW YORK CITY POLICE, and PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE, and to late Judge SANDRA J. FEUERSTEIN, and to late Judge ROBERT A. KATZMANN, and to retired Judge ARTHUR COOPERMAN, and to retired Judge RANDALL ENG, and Judge PAMELA K. CHEN, and Judge DEBRA ANN LIVINGSTON that Plaintiff is a **"TERRORIST" and that Plaintiff owe New York State Child Support** resulted to brutalities. **9**

25. And as a result of 31 POLICE BRUTALITIES at the hand of NASSAU COUNTY POLICE, and NEW YORK CITY POLICE, and the PORT AUTHORITY OF NEW YORK and NEW JERSEY POLICE, Plaintiff suffered multiple injuries. And Plaintiff became physically disabled from accumulated injuries caused by POLIC OFFICERS, and HARDCORE CRIMINALS, and RACIST LANDLORDS.

26. NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATES jointly corruptly lured HARDCORE CRIMINALS, and RACIST LANDLORD, and late Judge SANDRA J. FEUERSTEIN, and late Judge ROBERTS A. KATZMAN, and retired Judge ARTHUR COOPERMAN, and retired Judge RANDALL ENG, and Judge PAMELA K. CHEN to **place Plaintiff on unconstitutional surveillance and censorship by use of unconstitutional SANCTION ORDERS against Plaintiff, but WITHOUT SUBSTANTIVE DUE PROCESS and WITHOUT DUE PROCESS** to prevent Plaintiff from having access to any Courts in the United States of America to file complaint in effort to recover his CASH money and FIVE private Businesses Motors Vehicle seized WITHOUT DUE PROCESS.

27. And Late Judge SANDRA J. FEURSTEIN, and late Judge ROBERT A. KATZMAN, and Judge PAMELA K. CHEN and Judge VALERIE CAPRONI unconstitutionally lured All Federal and States Courts to adopt, endorsed, sanctioned, implemented, enforced the **unconstitutional SANCTION ORDER,** WITHOUT DUE PROCESS and WITHOUT SUBSTANTIVE DUE PROCESS to deny, deprive and prevented Plaintiff from filing any complaint in any Court in the United States of America without late Judge SANDRA J. FEUERSTEIN and late Judge ROBERT A. KATZMMAN permission.

28. The United States Court of Appeals for the SECOND Circuit **VACATED** Judge SANDRA J. FEUERSTEIN and late Judge ROBERT A. KATZMAN unconstitutional SANCTION ORDER because the ORDERS were issued without DUE PROCESS. These JUDGES died in the year 2021; yet, Judge RANDOLPH D. MOSS, and Judge ANA C. REYES used the SANCTION ORDERS against Plaintiff.    **10**

## CLAIM THREE

## BREACHES OF FIDUCIARY DUTIES, DENIED HEALTHCARE, DENIED ACCESS TO MEDICAL RECORDS, DENIED SERVICES IN SYSTEMATIC VIOLATION OF EQUAL TREATMENT UPON THE IDENTIFICATION OF PLAINTIFF'S NATIONAL ORIGIN

29. NEWLY DISCOVERED EVIDENCE ON ABOUT APRIL 24, 2025, THROUGH JUNE 12, 2025,AND CONTINUE THEREAFTER TO THIS PRESENT DAY, SHOWS THAT ALL THE DEFENDANTS NAMED IN THIS ABOVE-CAPTIONED CIVIL ACTION JOINTLY AGREED VIA JOINT RACIALLY MOTIVATED BREACHES OF FIDUCIARY DUTIES IN BAD FAITH TO MALICIOUSLY MISREPRESENTED PLAINTIFF TO NASSAU COUNTY POLICE DEPARTMENT, AND TO NEW YORK CITY POLICE DEPARTMENT AND PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE DEPARTMENT AND TO PRIVATES AND PUBLICS BUSINESSES SERVICES PROVIDERS INCLUDING TELEPHONE, INTERNETS, WIRELESS MOBILE, CABLE TV, DIRECTV, MERCHANDISES PRODUCED GOODS SUPPLIERS, BANKS, CREDIT REPORTING BUREAUS, LANDLORDS, AND THE GENERAL PUBLICS **THAT PLAINTIFF IS A "TERRORIST", AND BY FALESLY ALLEGED THAT PLAINTIFF OWE  NASSAU COUNTY, AND NEW YORK CITY, AND NEW YORK STATE, CHILD SUPPORT COLLECTION AREARS VIA CONCEALED ATTEMPTS TO BLACKBALLED, BLACKLISTED AND BLACKMAILED PLAINTIFF.**

30. And as a result of bad faith use of unconstitutional SANCTION ORDERS by the Courts via deliberate misrepresentations of Plaintiff's name and character via NASSAU COUNTY; and NEW YORK CITY; and NEW YORK STATE, to JPMORGAN CHASE BANK, N.A.; BANK OF AMERICA, N.A.; HP, INC.; AT&T WIRELESS; DIRECTV; VERIZON and VERIZON WIRELESS; STAPLES, INC.; T-MOBILE; DISCOVER FINANCIAL SERVICES, INC., to denied Plaintiff services, credit line and business Loans.

31. Plaintiff was diagnosed for PROSATE CANCER in the period of January 26, 2007, through December 13, 2013, but was denied early CANCER SCREENING while Plaintiff was illegally held inside New York State Correctional Facility, but WITHOUT DUE PROCESS and denied ACCESS to existing MEDICAL RECORDs, and **resulted to denial of 09/11/2001 and disability claims**.

**11**

32. Also, newly discovered evidence on about April 24, 2025 through June 13, 2025, and continues without stop as ongoing omission and violations; whereby, NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE maliciously used the unconstitutional SANCTION ORDERS issued by late Judge SANDRA J. FEUERSTEIN and late Judge ROBERT A. KATZMANN as part of their policies to targeted, taunted and singled out Plaintiff to maliciously misrepresented Plaintiff to CHEMOUR COMPANY, HONEYWELL, NEW YORK -PRESBYTERIAN HOSPITAL, NYU LANGONE HEALTH PULMONARY AND SLEEP MED-BKLYN AND BORIS SAGALOVIC, EXTRA SPACE STORAGE /A//K/A/ LIFE STORAGE, CARECREDIT/SYNCHRONY BANK, SYNCHRONY BANK, BRIAN DOUBLES, CAPITAL ONE BANK, N.A., BILLY LONG, and INTERNAL REVENUE SERVICE, UNITED STATES POSTAL SERVICE POSTMASTER GENERAL and DAVID STEINER, U.S. POSTAL INSPECTOR GENERAL, and TAMMY HULL,  SPECIAL MASTER ALLISON KURTEL AT THE STEPTEMBER 11 VICTIM COMPENSATION FUND CENTER, JOHN HOWARD, MD, WTC HEALTH PROGRAM ADMINISTRATOR, AMERICAN EXPRESS FINANCIAL SERVICES, INC., COMMISSIONER FRANK J. BISGNANO, AND SOCIAL SECURITY ADMINISTRATION, RENAISSANCE EQUITY HOLDING LLC, AND OWNER, FLATBUSH GARDENS, AND ISABELLA JOH, FLATBUSH GARDENS HOUSING DEVELOPMENT FUND CORP, and FedEx EXPRESS to denied Plaintiff Services, Business, Housing, rental accommodation, access to Storage, without due process  via use of intimidation, threats of irreparable harm, harassment in disguise under color of state law in bad faith to unlawfully seized Plaintiff's Properties, damaged and destroyed Legally issued COURTS SUMMONS by showing reckless disregard for fiduciary duties and caused Plaintiff's irreparable business harms.

33. On about April 24, 2025, through June 13, 2025, newly discovered evidences also revealed Defendants NYS Surrogate Court Judge Bernard J. Graham in New York State Supreme Court in Kings County, and Judge Arthur Cooperman, and Judge Randall Eng, and Judge Valerie Caproni, and Judge Debra Ann Livingston, and Judge Ana C. Reyes, and Judge Pamela K. Chen, and Judge Sidney R. Thomas, and Judge William H. Alsup, and Chief Justice John G. Roberts, and New York State Supreme Courts in Kings and Queens Counties, and Nassau County Family Court Judges, and Judge Robert L. Wilkins, and Judge Neomi Rao, and Judge Justin R. Walker, and Court Clerk Mark J. Langer, and U.S. Court of Appeals for the District of Columbia Circuit, and Special Master Allison Kurtel on September 11 Victim Compensation Fund Center, and Deputy Clerk Hannah N. Gorman, and Benjamin Epstein Esq., of Epstein, Schreier & Shapiro, and Phillip Rosen, of Horing WeliksonRosen & Digrugilliars, PC discriminatorily, retaliatorily and corruptly joined in bad faith to participated to use and relied upon the UNCONSTITUTIONAL SANCTION ORDER issued by late Judge SANDRA J. FEUERSTEIN and late Judge ROBERT A. KATZMAN to denied and deprived  plaintiff ACCESS to Courts Nationwide, but WITHOUT DUE PROCESS; even though, both UNCONSTITUTIONAL ORDERS were **already VACATED because the UNCONSTITUTIONAL SANCTIONS ORDERS were issued and entered and filed WITHOUT DUE PROCESS via systematic violation of title 18 U.S. C. Sections 241-242; and Amendments 1, 5, and 14 U.S. Constitution.**    12

# CLAIM FOUR

## ASSAULTS, DEPRIVATION OF PROPERTIES, EGREGIOUS USE OF INHUMANE LIES TO PERPETUATE VIOLENCES, INTIMIDATIONS, THREATS OF IRREPARABLE HARMS, HARASSMENT IN DISGUISE UNDER COLOR OF STATE LAW AND FALSE IMPRISONMENT VIA RETALIATION UPON THE IDENTIFICATION OF NATIONAL ORIGIN

34. Plaintiff hereby incorporates all the pleadings, statements of facts alleged on page numbered-ONE through this page numbered-13 into this paragraph numbered-30, as if they were pleaded and stated in support of this CLAIM FOUR. **Vast murder schemes continue.**

35. EFFECTIVE FROM OCTOBER 25, 2000, AND CONTINUES THROUGH JUNE 12, 2025, and thereafter, NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE, and RENAISSANCE EQUITY HOLDING LLC and OWNER, and ISABELLA JOH, and FLATBUSH GARDENS HOUSING DEVELOPMENT FUND CORP, and NASSAU COUNTY POLICE, and NEW YORK CITY POLICE, and PORT OF AUTHORITY OF NEW YORK and NEW JERSEY POLICE DEPARTMENTS AND POLICE OFFICERS, and CARECREDIT /A/K/A/ CARECREDIT/SYNCHRONY BANK, and SYNCHRONY BANK and BRIAN DOUBLES, and STAPLES, INC., and EXTRA SPACE STORAGE, and BENJAMIN EPSTEIN OF THE LAW FIRM: EPSTEIN, SCHREIER & SHAPIRO LLC, and PHILLIP ROSEN, OF THE LAW FIRM: HORING WELIKSON ROSEN & DIGRUGILLIERS, PC., jointly and separately in bad faith participated in disguise under color of state law to subjected Plaintiff to egregious and inhumane false DEBT COLLECTIONS phone calls, and 31 false arrests to cause Plaintiff physical bodily injuries that resulted to permanent physical disabilities that incapacitated Plaintiff and caused Plaintiff loss of income and businesses damages. **Racist JUDGES are silencing the truth.**

36. Effective from October 25, 2000 through June 12, 2025, NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE used unconstitutional SANCTION ORDER to lured false PORT POLICE OFFICER to fabricated FALSE ASSAULT CRIMINAL CHARGES against Plaintiff while Plaintiff was only sitting inside his Private Business Motor Vehicle Parked in the Space reserved for visitors at the DELTA TERMINAL at JFK INTERNATION AIRPORT in Jamaica-Queens, New York. And the false arrest was used to KIDNAPPED Plaintiff into prison to denied Plaintiff ACCESS to COURTS Nationwide, but without substantive due process and without due process. And Plaintiff was repeatedly DENIED, DEPRIVED and UNCONSTITUTIONALLY PREVENTED from filing claim.    13

37. On about September 11, 2001, through May 30, 2002, and thereafter, Plaintiff and his late Spouse YONETTE ANTOINETTE GRANT were both victim of September 11, 2001, terrorist attacks at the WORLD TRADE CENTER at the LOWER MANHATTAN in New York City; whereby, Plaintiff was diagnosed for PROSTATE CANCER ON January 26, 2007, and Plaintiff's Spouse was diagnosed for 4-STAGE COLORECTAL, BREAST, LIVER, STOMACH, LUNG, PELVIC CANCERS, on June 5, 2017, died on February 25, 2020. **And 09/11/ victim comp owe Plaintiff $7 Million.**

38. In the years 2012, the late Judge SANDRA J. FEUERSTEIN, and the late Judge ROBERT A. KATZMAN unconstitutional SANCTION ORDERS they both issued were **VACATED because the UNCONSTITUTIONAL SANCTION ORDERS were discriminatorily and retaliatorily issued, but without DUE PROCESS; yet, the unconstitutional SANCTION ORDERS were maliciously deliberately misrepresented to defamed Plaintiff, to injured Plaintiff in person and private business by All the JUDGES who attempted to MURDER Plaintiff to silenced the truth.**

39. As a result of physical disabilities from multiple accumulated injuries, forced Plaintiff to apply for SSI at the SOCIAL SECURITY ADMINISTRATION and at the SEPTEMBER 11 VICTIM COMPENSATION FUND **after these Defendants unlawfully seized Plaintiff's $400,000.00 cash.**

40. Plaintiff's SSI claim was denied. And Plaintiff APPEALED the denial; and thereafter, SSA ADMINISTRATIVE JUDGE "REVERSED" the SSI denial on Plaintiff SSI APPEAL in Plaintiff favor, but SOCIAL SECURITY ADMINISTRATION terminated the SSI Payment without due process and without any justification. **SOCIAL SECURITY ADMINISTRATION OWE PLAINTIFF BACKPAY in the amount of $550,180.00 (Five hundred fifty thousand, one hundred eighty U.S. Dollar) plus.**

41. And ALLISON KURTEL at the September 11 Victim Compensation Fund in bad faith used unconstitutional SANCTION ORDER to denied and deprived Plaintiff SUBSTANTIVE DUE PROCESS and DUE PROCESS retaliatorily because Plaintiff filed **"JUDICIAL MISCONDUCT COMPLAINTS".**

42. **"Effective from September 11, 2001, and continue to June 28, 2025, NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE unconstitutionally targeted, taunted, singled out Plaintiff and subjected Plaintiff to SUFFER UNDER cruel and unusual retaliatory and discriminatory punishments and injuries via use of 31 false arrests, false police reports, false witnesses, violence, intimidations, threats, harassment in disguise to procured false imprisonment while Plaintiff was placed under unconstitutional surveillance and censorship, but without due process that cause Plaintiff additional physical brutalities injuries on May 7, 2021 and September 2, 2021".** 14

# CLAIM FIVE

## DEFENDANTS JOINTLY PARTICIPATED IN VAST EXTORTIONS SCHEMES VIA FRAUD, LIBEL, BLACKMAILS BY USE OF RACIAL SLURS IN DISGUISE UNDER COLOR OF STATE LAW TO UNLAWFULLY SEIZED PLAINTIFF'S PROPERTIES BUT WITHOUT DUE PROCESS BY USING UNCONSTITUTIONAL SANCTION ORDER TO DENIED AND DEPRIVED PLAINTIFF ACCESS TO COURTS NATIONWIDE THAT HAVE ENABLED CORRUPT JUDGES AND CORRUPT JUSTICES AND THE DEFENDANTS TO CONCEALED UNCONSTITUTIONAL "WHITE-COLLAR CRIMES" THEY THEMSELVES COMMITTED AGAINST PLAINTIFF, AND AGAINST THE U.S. CONSTITUTION RETALIATORILY AND DISCRIMINATIVELY BASED UPON PLAINTIFF'S NATIONAL ORIGIN IDENTITY

43. Plaintiff hereby incorporates all the pleadings, statements of facts alleged on page numbered-1 through this page numbered-15 into this paragraph numbered-43, as if they were pleaded and stated in support of this CLAIM FIVE. **09/11 Victim Comp owe Plaintiff $7 Millon.**

44. On about April 24, 2025, through June 28, 2025, newly discovered evidence revealed; **whereby, All the Defendants named in this above-captioned action Jointly relied upon the United States President DONALD J. TRUMP used of RACIAL SLURS remarks to DEFAMED and SLANDEROUSLY subjected person of NIGERIA NATIONAL ORIGIN to deliberate LIBELOUS RACIAL SLURS** via joint racially motivated deliberate MISREPRESENTATION that NIGERIANS and PERSONS OF NIGERIA NATIONAL ORIGIN including those living in NIGERIA are **"SHEAT-HOLES".**

45. And the United States Department of Justice, and All the JUDGES, including United States Attorney General PAM BONDI, and the United States Attorney for the District of Columbia JEAMINE PIRRO, and Assistant United States Attorney JANE M. LYON, and Honorable BERNARD J. GRAHAM, Surrogate Judge, and September 11 Victim Compensation Fund Special Master ALLISON KURTEL, and BRIAN LEVY, and U.S. Postal Service Postmaster DAVID STEINER, and U.S. Postal Service Inspector General TAMMY HULL unlawfully adopted, endorsed, sanctioned, implemented and enforced President DONALD J. TRUMP'S racial SLURS to subject Plaintiff to egregious and inhumane cruel and unusual disparity treatment upon the identification of Plaintiff's National Origin-NIGERIA to denied Plaintiff equal Postal Service and ACCESS to Courts; **and as a result, Plaintiff suffered severe deprivation of rights causing Plaintiff pain and suffering.**    15

46. **Judge SANDRA J. FEUERSTEIN**, in the United States District Court for the Eastern District of Mew York issued a corrupted and unconstitutional and retaliatory SANCTION ORDER against Plaintiff in the year 2012, because Plaintiff filed **"JUDICIAL MISCONDUCT COMPLAINT" against Judge SANDRA J. FEUERSTEIN, but Judge SANDRA J. FEUERSTEIN died in the year 2021.**

47. Also, **Former Chief Judge ROBERT A. KATZMANN**, in the United States Court of Appeals for the Second Circuit filed corrupted and unconstitutional and retaliatory SANCTION ORDER against Plaintiff on about the year 2012, because Plaintiff filed **"JUDICIAL MISCONDUCT COMPLAINT" but Judge ROBERT A. KATZMANN died in the year 2021.**

48. All the unconstitutional SANCTION ORDERS were used to covered up to hide many **"WHITE-COLLAR CRIMES"** committed by many JUDGES and many JUSTICES including all the JUDGES and JUSTICES named in this above-captioned action; whereby, these JUDGES and JUSTICES, and NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE used NASSAU COUNTY POLICE OFFICERS, and NEW YORK CITY POLICE OFFICERS, and the PORT AUTHORITY OF NEW YORK and NEW JERSEY POLICE OFFICERS, and RENAISSANCE EQUITY HOLDING, LLC, AND OWNER, and FLATBUSH GARDENS HOUSING DEVELOPMENT FUND CORP, and ISABELLA JOH, and HARDDCORE CRIMINALS, including their EMPLOYEES attempted multiple times to MURDER Plaintiff via the use of series of intimidations, threats, violences and harassment in disguise under color of state law to cut off Plaintiff's apartment heater and hot water and violently subjected Plaintiff to inhumane egregious persecution cause injuries that contributed to the untimely death of Plaintiff's Spouse on February 25, 2020, but remain concealed.

49. But both **Judge SANDRA J. FEUERSTEIN and Former Chief Judge ROBERT A. KATZMANN SANCTION ORDERS were VACATED in the year 2012, by the United States Court of Appeals for the SECOND Circuit because of violation of "DUE PROCESS" and for "OVER-STEPPING" their Judicial Power and Authorities beyond their District and Circuit Jurisdiction while they were acting in bad faith by putting the SANCTION ORDERS in NATIONWIDE COURTS via fraudulence deliberate misrepresentation to denied Plaintiff ACCESS to all COURTS in the United States of America. And Judge SANDRA J. FEUERSTEIN was "REPRIMANDED"; yet, Judge RANDOLPH D. MOSS, and Judge ANA C. REYES, used the unconstitutional SANCTION ORDERS to closed both cases filed by Plaintiff, and denied Plaintiff ACCESS to Court, but without DUE PROCESS.**    16

50. On about April 24, 2025 through June 28, 2025, newly discovered evidence revealed and shows that effective from August 12, 2012; and thereafter, to this present day All the JUDGES and All the JUSTICES, and All the Defendants, and DANIEL R. COFFMAN, ESQ; and CATHERINE A. HANARAHAN, ESQ; and WILSON, ELSER MOSKOWITZ ELDELMAN DICKER, LLP; and KATHERINE B. YODER, ESQ; and ANDREW S. BASSAN, ESQ; and KIENAM TREBACH LLP; and ROBERT J. COSTELLO; and NASSAU COUNTY ATTORNEY; and ASTOR H. L. HEAVEN, ESQ; and CROWELL & MORING LLP; and the NEW YORK STATE SUPREME COURT IN KINGS AND QUEENS COUNTIES, and BENJAMIN EPSTEIN; and EPSTEIN, SCHREIER & SHAPIRO LLC; and PHILLIP ROSEN; and HORING WELIKSON ROSEN & DIGRUGILLIERS, PC; and RICHARD WALSH, ESQ, knew or should have known that the unconstitutional SANCTION ORDERS issued by Late Judge SANDRA J. FEUERSTEIN, in the year 2012, and Late Former Chief Judge ROBERT A. KATZMANN, in the year 2012, were **already VACATED**. But these LAWYERS and their LAW FIRMS continue to use the unconstitutional SANCTION ORDERS to DEFAMED, SLANDER, and assassinated Plaintiff's reputation via deliberate misrepresentation by subjecting Plaintiff to libelous injuries NATIONWIDE to denied Plaintiff ACCESS to Courts via fraudulence concealment and fraudulence deliberate misrepresentation in disguise under color of states law by showing reckless disregard for the TRUTH and by showing reckless disregard for this Plaintiff's rights protected by the United States Constitution. **Many corrupted JUDGES has been trying to murder Plaintiff.**

51. As a results of these Defendants' omission and violations maliciously carried out in bad faith CAUSE PLAINTIFF INABILITIES TO OPERATES HIS PRIVATE BUSINESSES, AND IT ALSO CREATED INCAPACITATIONS AND HARDSHIPS FOR PLAINTIFF TO OPERATES HIS PRIVATE BUSINESSES, BECAUSE THE DEFENDANTS JOINTLY USED UNCONSTITUTIONAL SANCTION ORDER TO BLACKBALLED, BLACKLISTED, BLACKMAILED, DEFAMED, SLANDERED, AND SUBJECTED PLAINTIFF TO LIBELLOUS INJURIES. **AND EXTORTED $400,000.00 FROM PLAINTIFF; AND THEREAFTER, ATTEMPTED TO EXTORT $63,000.00 FROM PLAINTIFF. AND UNLAWFULLY SEIZED PLAINTIFF IN PERSONS FOR SEVEN YEARS FALSE IMPRISONMENT.  AND SEIZED PLAINTIFF'S PRIVATE BUSINESSES AND FIVE PRIVATE BUSINESSES MOTOR VEHICLES WORTH MORE THAN $200,000, <u>BUT WITHOUT DUE PROCESS. AND PLAINTIFF INCCURED OVER $20 BILLION ESTIMATED BUSINESSES LOSSES.  JUDGES HIRED RACIST LANDLORD TO MURDER PLAINTIFF.</u>**    17

# <u>CLAIM SIX</u>

## <u>PERSONAL INJURIES VIA 31 FALSE ARRESTS, POLICE BRUTALITIES, AND RETALIATORY FALSE IMPRISONMENT WITHOUT SUBSTANTIVE DUE PROCESS AND WITHOUT DUE PROCESS, AND DENIED TIMELY CANCER SCREENING, INCLUDING HAZARDOUS APARTMENT AND DISCRIMINATION IN HOUSING, HUMAN AND CIVIL RIGHTS VIOLATION UNDER COLOR OF STATE LAWS IN ACCOMMODATION CONTRIBUTED TO INJURIES, ILLNESSES, BUSINESS LOSES, HARDSHIPS, DISABILITY AND WRONGFUL DEATH</u>

52. Plaintiff hereby incorporates all the pleadings, statements of facts alleged on page numbered-1 through this page numbered-17 into this paragraph numbered-52, as if they were pleaded and stated in support of this CLAIM SIX. **JUDGES are committing white-collar crimes.**

53. In the period of October 25, 2000, through June 28, 2025, the Defendants subjected Plaintiff to 31 false arrests, searches and seizures, illegal indictment where false PORT POLICE OFFICER was place in evidence with fabricated testimonies to FRAMED UP Plaintiff used to kidnapped Plaintiff into New York State Prison, but without DUE PROCESS to prevent Plaintiff from filing CIVIL RIGHTS VIOLATION LAWSUIT. **JUDGES are covering up white-collar crimes.**

54. In the period of September 11, 2001, through June 28, 2025, Plaintiff suffered under PROSTATE CANCER, and Plaintiff's Late SPOUSE died from 4-STAGES COLORECTAL, BREAST, PELVIC, LUNG, STOMACH, BREAST, and LIVER CANCER, on February 25, 2020. Because NEW YORK-PRSBYERIAN HOSPITAL, and JAMAICA HOSPITAL MEDICAL CENRER, and KINGS COUNTY HOSPITAL MEDICAL CENTER, and ELM-HURST HOSPITAL MEDICAL CENTER, and QUEENS HOSPITAL MEDICAL CENTER denied both Plaintiff and late Spouse CANCER SCREENING after been exposed to September 11, 2001, terrorist attacks at the WORLD TRADE CENTER in LOWER Manhattan, because the Defendants alleged that Plaintiff was and is a "TERRORIST" but Plaintiff and late Spouse were NEVER "TERRORIST". **JUDGES participated in many white-collar crimes.**

55. **On about May 7, 2021, and September 2, 2021, Plaintiff was attacked and brutalized and suffered TOOTH LOSS, and EYE INJURIES, and Plaintiff continue to suffer periodic recurring BLINDNESS, and HEAD PAINS, but Plaintiff was repeatedly denied medical treatment at the Defendants Hospital. <u>JUDGES are trying to murder Plaintiff to coverup white-collar crimes.</u>**

56. On about September 23, 2021, Plaintiff went to consult EYE Specialist at the CITY MD BROOKLYN HEIGHT, but Plaintiff was informed that it would cost Plaintiff $225.00 (twenty-five U.S. Dollar) for the initial visit with the EYE SPECIALIST. And Plaintiff paid the $225.00, but EYE SPECIALIST was not available to see Plaintiff. And Plaintiff DEMANDED for the refund of his $225.00, but Plaintiff was denied REFUND, and no other visit was rescheduled, Plaintiff believed that he was a victim of MEDICAL DELIBERATE INDIFFERENCE and FRAUD.

57. On about September 24, 2021, Plaintiff was attended to by EYE SPECIALIST at the FULTON VISION CENTER in Brooklyn. And Plaintiff was very satisfied with the treatment, but it cost Plaintiff $2, 200.00 (Two Thousand U.S. Dollar), and Plaintiff paid. But thereafter, received multiple HARASSMENT DEBT COLLECTION phone calls from CARECREDIT /A/K/A/ CARECREDIT/SYNCHRONY BANK; SYNCHRONY BANK, under BRIAN DOUBLES management alleges that Plaintiff owe them $2, 200.00, and demanded the Plaintiff MUST pay or they would destroy Plaintiff's credit. Plaintiff believes that BRIAN DOUBLES and SYNCHRONY used threats, intimidation, harassment in disguise, violence, via coercion under duress to fraudulently attempted to collect $2, 200.00 From Plaintiff. And Plaintiff was traumatized by the FALSE DEBT COLLECTION.

58. In the year 2020, through 2022, THE WORLD TRADE CENTER HEALTH PROGRAM ADMINSTRATOR JOHN HOWARD, MD via SEPTEMBER 11 VICTIM COMPENSATION FUND SPECIAL MASTER ALLISON KURTEL ORDERED Plaintiff to visit BORIS SAGALOVIC, MD, at the NYU LANGONE HEALTH PULMONARY AND SLEEP MED-BLYN for medical evaluation-diagnosis due to respiratory medical condition causing difficulties breathing as part of the illness cause by the WORLD TRADE CENTER Terrorist Attacks on September 11, 2001. But during this visit, Dr. BORIS SAGALOVIC, MD, nurse FALSIFIED Plaintiff BLOOD PRESSURE DATA. But when Plaintiff asked the Nurse why is she FALSIFYNING PLAINTIFF'S BLOOD PRESSURE she would not answer, but only to discovered that omissions and violation was fraudulently designed by WTC HEALTH PROGRAM to denied deny Plaintiff CLAIM. Plaintiff was shocked and was filled with ANXIETIES and emotional DISTRESS and SHOCKED and TRAUMATIZED during these discovery and revelations.

59. In the period of March 6, 2020 through June 12, 2025, newly discovered evidence revealed and show defendants RENAISSANCE EQUITY HOLDING LLC, and OWNER, and FLATBUSH GARDENS HOUSING DEVELOPMENT FUND CORP, and ISABELLA JOH fraudulently used Plaintiff's name and Late Spouse Name to collect more than $21, 000.00 from the New York State, but without Plaintiff knowledge, consent and authorization; yet, these defendants filed EVICTION CLAIMS against Plaintiff that they did not know Plaintiff and subjected Plaintiff to discriminatory and retaliatory slanderous and defamation that Plaintiff is a "TERRORIST" and that NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE said so to them. 19

60. On about June 5, 2001; and thereafter, Plaintiff and Defendants and Plaintiff's Privates Businesses rented One Unit Storage SPACE from EXTRA SPACE STORAGE. And Plaintiff and EXTRA SPACE STORAGE verbally MUTUALLY AGREED that instead of sending Plaintiff monthly recurring bills by mail, that FIVE DAYS before the bill payment due date that EXTRA SPACE STORAGE should either give to Plaintiff bill due date reminder phone call or sent a reminder email. And every month thereafter, EXTRA SPACE STORAGE has been sending Plaintiff EMAIL five days before bill payment due date.  In the month of June 2024, or July 2025, EXTRA SPACE STORAGE did not send Plaintiff reminder email as was AGREED. But only to discovered that EXTRA SPACE STORAGE use Plaintiff's CREDID CARD and DEBIT to process payment that were due on June 2024 and July 2024, but without Plaintiff permission, because Plaintiff's CREDIT CARD and DEBIT CARD were only used to make payment as one time only. Plaintiff was shocked to learn that EXTRA SPACE STORAGE used Plaintiff's DEBIT BANK CARD and CREDIT CARD without Plaintiff's permission. And Plaintiff told ERIC and LENE Never to use Plaintiff's BANK DEBIT CARD and CREDIT CARD without Plaintiff's Authorization, and both ERIC and LENE apologized. But thereafter, ERIC or LENE did use Plaintiff's BANK DEBIT CARD and CREDIT CARD again without Plaintiff's authorization. As a result, Plaintiff told ERIC and LENE to delete both CARDS from their systems. But LENE and ERIC want to charge Plaintiff $45.00 extra for bill that was due on June 6, 2024 or July 6, 2024, due date, when in fact Plaintiff was making payment on the due date which was on the 6th day of each month. ERIC and LENE and their senior MANAGEMENT refused to accept payment from Plaintiff unless Plaintiff pay additional $45.00, but without any justification, and Plaintiff request to speak to EXTRA SPACE STORAGE senior Management. But the Senior Management threatened to harm Plaintiff if Plaintiff come to the Storage Center without paying the $45.00. But only to discovered that NASSAU COUNTY, and NEW YORK CITY, and NEW YORK STATE, and RENAISSANCE EQUITY HOLDING LLC, AND FALTBUSH GARDENS HOUSING DEVELOPMENT FUND CORP were using ERIC and LENE and EXTRA SPACE STORAGE management to find way for NASSAU COUNTY POLICE to arrest Plaintiff.

**61. On about January 18, 2024, through June 12, 2025; and thereafter, Plaintiff discovered based upon newly discovered evidences revealed and shows INTERNAL REVENUE SERVICE REVOKED Plaintiff's TAX-EXEMPT STATUS without due process, and the UNITED STATES POSTAL SERVICE seized Plaintiff's CIVIL SUMMONS issued by the United District Court for the District of Columbia without due process to denied Plaintiff ACCESS to Courts.    20**

**62.** On about January 18, 2024, through June 12, 2025, newly discovered evidence revealed and shows that JPMORGAN CHASE BANK, N.A.; and AT& T WIRELESS; and VERIZON and VERIZON WIRELESS; and T-MOBILE U.S., INC. /A/K/A/ T-MOBILE; and DIRECTV; and the United States Court of Appeals for the District of Columbia Circuit; and the United States Court of Appeals for the NINTH Circuit; and NASSAU COUNTY; and NEW YORK CITY; and NEW YORK STATE; and FedEx EXPRESS, were incorrectly, and wrongly writing Plaintiff's name AND REPORTED the incorrect and wrongly written name to the GENERAL PUBLIC  and to CREDIT REPORTING BUREAU but did not matched Plaintiff's SOCIAL SECURITY NUMBER, and having NEGATIVE IMPACT in Plaintiff CREDIT REPORTS. And Plaintiff contacted these Defendants to make necessary correction to Plaintiff's name in their records. As a results, Plaintiff's Appeals were dismissed by the COURTS <u>without due process</u>, and AT&T denied providing Plaintiff TRANSFER PIN, and cost Plaintiff loss of Businesses, and T-MOBILE was fraudulently sending unknown person Mobile service bills to Plaintiff Business Bank Account without Plaintiff's consents. And DIRECTV refused to list Plaintiff's correct name and correct business name.  HP, INC, refused to sell INK to Plaintiff including HONEYWELL, and AMERICAN, EXPRESS FINANCIAL SERVICES, INC, and DISCOVER FINANCIAL SERVICES INC., But these Defendants use of WRONG NAME were designed to misrepresents to damage Plaintiff and PRIVATES BUSINESSES because the WRONG and INCORRECT NAME did not match Plaintiff SOCIAL SECURITY NUMBER. And it created NEGATIVE CREDIT REPORTS. AND NEGATIVELY AFFECTED PLAINTIFF'S CREDIT SCORE, and NEGATIVELY AFFECTED PLAINTIFF'S BUSINESSES as Plaintiff's BUSINESS LOAN and GRANTS APPLICATIONS were denied. <u>CHEMOUR COMPANY, and CAPITAL ONE BANK, N.A. denied due process.</u>

**63. BUT PLAINTIFF HAS BEEN UNABLE TO DO BUSINESS BECAUSE ALL THSES OMISSIONS CREATED BY THE DEFENDANTS BY THE UNCONSTITUTIONAL ORDERS, AND SANCTION ORDERS USED TO DEFAMED PLAINTIFF, BUT WITHOUT <u>SUBSTANTIVE DUE PROCESS AND WITHOUT DUE PROCESS</u> TO CAUSE PLAINTIFF BUSINESSES LOSSES AMD CAUSE FINANCIAL HARDSHIPS, PAINS AND SUFFERING. AND PLAINTIFF BELIEVES AND HEREBY ALLEGES THAT THESE OMISSIONS CONSTITUTTED VIOLATIONS OF PLAINTIFF'S PROTECTED CONSTITUTIONAL RIGHTS PURSUANT TO U.S.C.A. CONST. AMENDMENTS 1, 4, 5, 8, AND 14, TO THE UNITED STATES CONSTITUTION, AND TITLE 42 U.S.C. SECTIONS 1983, 1985, AND 1986. AND THE DEFENDANTS JOINTLY DENIED PLAINTIFF ACCESS TO COURTS NATIONWIDE TO INVOKED TITLE 18 U.S.C. SECTIONS 241-242. <u>CBE GROUP LLC TAUNTED AND SINGLED OUT PLAINTIFF VIA FALSE DEBT COLLECTIONS.</u>     21**

## RELIEF SOUGHT

64. **Wherefore,** Plaintiff Aror-Ark Ark O'Diah /a/k//a/ AROR-ARK ARK O'DIAH, hereby pray, asked, request and DEMAND the following reliefs in EQUITABLE or in the alternative, $1 BILLION (One Billion U.S. Dollar) In his favor against each of the Defendants named in this above-captioned civil action, including the following reliefs listed above and stated below:

(a) **Equitable reliefs or, in the alternative, $1 Billion relief** against each of the Defendant named in this above-captioned civil action in their official and individual capacities;

(b) **Additional actual unpaid $7,000,000.00 against September 11 Victim Compensation Fund and Special Master ALLISON KURTEL based on Spousal WRONGFUL DEATH;**

(c) Injunctive Reliefs requesting Restraining ORDER against intimidations, harassment, use of violence, threats, coercions, and deprivation of ACCESS TO COURTS Nationwide;

(d) Compensation for all losses, and damages against the Defendant individual/official;

(e) Compensation for actual losses against the Defendant individual/official capacities;

(f) Punitive damages for DEFAMATION, SLANDERS, FRAUD, DELIBERATE MISREPRESENTATIONS, and LIBELOUS INJURIES against Defendants individual/official;

(g) **Compensation for FIVE PRIVATE BUSINESSES MOTOR VEHICLES Unlawfully seized in the amount of $250,000.00 (Two Hundred and fifty Thousand U.S. Dollar; AND IRS OWE 2023 TAX REFUND $597.00;**

(h) **Extra SSI $550,180.00 unpaid claims against SOCIAL SECURITY ADMINSTRATION and Extra $225.00 against CITY MD BROOKLY HIEGHT; AMERICAN WITH DISABILITY ACT;**

(i) **Extra $400,000.00** CASH MONEY unlawfully seized by NASSAU COUNTY, and NEW YORK CITY, and PORT AUTHORITY OF NEW YORK and NEW JERSEY, but without DUE PROCESS; REINSTATE TAX EXEMPT;

(j) **$20 BILLIONS** estimated businesses losses and damages; and restore Drivers' License;

(k) Make correct spelling and correct writing of Plaintiff's name in the Defendant's RECORDS and in all RECORDS reported to ALL CREDIT REPORTING BUREAU to appears exactly as spelled and as written in this Complaint; **And set aside, VACATE, Declare Null and Avoid all prior ORDERS. Restore Plaintiff's good name. See exhibits-1, exhibit-2 and exhibit-3 attached.** **TRIAL BY JURY DEMANDED**

65. Plaintiff hereby DEMAND for trial by Jury.

## CONCUSION

**Wherefore,** Plaintiff Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK ODIAH, hereby pray, ask, request and demand that this COURT GRANT **$1 Billion** reliefs sought in this Civil Action in favor of this Plaintiff against each of the Defendant named in this above-captioned action.

22

Dated: June 28, 2025.    Respectfully Submitted By: *Aror-Ark ARK O'Diah*

Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH, Plaintiff.
**GLOBAL JUDICIAL WATCH & WORLDWIDE WITNESSES, INC.**
3403 FOSTER AVE, APT 4B, BROOKLYN, NY 11210-6439.
PHONE: (347) 365-1307, MOBILE: (347) 258-9644.
**EMAIL:** GLOBALJUDICIALWATCH@GMAIL.COM

The filing of this above-captioned Civil Action is supported by: TIMESPEED
**WORLDWIDE GLOBAL JUDICIAL WATCH MORAL HEALTH SERVICE SYSTEMS, INC., and by
GLOBAL SPORTS PARADISE & NEW EARTH ENTERTAINMENT, INC., and by GLOBAL JUDICIAL
WATCH & WORLDWIDE WITNESSES, INC., and by MORAL HEALTH SERVICE SYSTEMS, INC., and
by TIMESPEED INFORMATION & PROTECTIVE SERVICES, INC., and by GATEX CHEMICALS &
ENTERTAINMENT, INC., and by TIMESPEED CONSULTING-HOSPITALITY & TOURISM SERVICES,
INC., and by TIMESPEED WORLDWIDE WITNESSES OF THE ONLY TRUE GOD & HIS SON
SERVICES-OPERATION HELP AFRICA DEVELOP, INC.**

These are Plaintiff's private Businesses the Defendants implicitly and explicitly
Blackballed, Blacklisted, Blackmailed, denied and deprived businesses, and services, loans,
grants, and association because Plaintiff exercised his FREE SPEECH, and FREEDOM OF
EXPRESSION to filed **"JUDICIAL MISCONDUCT COMPLAINT"** against many corrupted racist
JUDGES and many corrupted racist JUSTICES who used HARDCORE CRIMINALS and RACIST
LANDLORD in their series of attempts to MURDER this Plaintiff; and thereafter, **these JUDGES
and JUSTICES used unconstitutional SANCTION ORDERS to denied and deprived Plaintiff
ACCESS to Courts NATIONWIDE, but without SUBSTANTIVE DUE PROCESS and without DUE
PROCESS, in bad faith.**

I, Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH, declare under penalty of perjury
under the law of the United States of America pursuant to 28 U.S.C. Sections 1746, that the
above statement on pages numbered-1 through this Page numbered-23 **including exhibits
numbered-1, and exhibits numbered-2, and exhibits numbered-3 attached, are true and
correct to the best of Plaintiff's knowledge and recollections.**

EXECUTED ON 28 DAY OF THE MONTH OF JUNE, 2025, IN BROOKLYN, KINGS COUNTY, NEW
YORK    *Aror-Ark ARK O'Diah*

**Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAAH
GLOBAL JUDICIAL WATCH & WORLDWIDE WITNESSES, INC.
3403 FOSTER AVE., APT 4B, BROOKLYN, NY 11210-6439.**

**SWORN TO BEFORE ME ON
THIS 28 DAY OF THE MONTH OF JUNE, 2025.**

*Roman Babadzhanov*
**NOTARY PUBLIC.**

ROMAN BABADZHANOV
Notary Public, State of New York
Reg. No 01BA6406990
Qualified in Queens County
Commission Expires April 27, 2028

**23**