# AROR-ARK ARK O'DIA v RANDOLPH D. MOSS, JUDGE, ET AL., CASE NO. 1:24-cv-02736-ACR

## EXHIBIT #1:

**CONTAINS 1-PAGE.**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AROR-ARK ARK O'DIAH,<br>    Plaintiff,<br><br>-against-<br><br>RANDOLPH D. MOSS, JUDGE; BRIAN J. LEVY; ALLISON KURTEL, SPECIAL MASTER AND SEPTEMBER 11 VICTIM COMPENSATION FUND; SOCIAL SECURITY ADMINISTRATION, AND MARTIN J. O'MALLY, COMMISSIONER; RENAISSANCE EQUITY HOLDINGS LLC, AND OWNER, AND FLTBUSH GARDENS, AND ISABELLA JOH; COMMISSIONER, AND NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; JOHN HOWARD, MD, WTC HEALTH PROGRAM ADMINISTRATOR; COMMISSIONER, AND NEW YORK STATE DEPARTMENT OF CHILD SUPPORT COLLECTION CENTER; VERIZON AND VERIZON WIRELESS; DIRECTOR, AND INTERNAL REVENUE SERVICE; NASSAU COUNTY; NEW YORK CITY; DIRECTV; NEW YORK STATE; UNITED STATES POSTAL SERVICE INSPECTOR GENERAL, AND POSTMASTER GENERAL, EXTRA SPACE STORAGE /A/K/A/ LIFE STORAGE; HP, INC; RICHARD WALSH, ESQ; AT&T, AND AT&T WIRELESS;<br><br>**Sued in their Individual and in their Officials Capacities,**    Defendants. | CASE NO.: 1:24-CV-02736-ACR<br><br>18 U.S.C. SECTION 1071<br>18 U.S.C. SECTION 1505<br>18 U.S.C. SECTION 241-242<br><br>NOTICE OF MOTION WITH SUPPORTING AFFIDAVIT TO VACATE, SET ASIDE, DECLARE NULL AND VOID AND REOPEN ORDER FILED ON 06/12/2025 BY JUDGE ANA C. REYES, USDJ; PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b) NEWLY DISCOVERED EVIDENCE AMOUNTED TO FRAUDULENCE CONCEALMENT, AND FRAUDULENCE DELIBERATE MISREPRESENTATION, AND COVER-UP OF SERIES OF ATTEMPTED MURDER AND ACTUAL MURDER AND WRONGUL DEATH INVOKED TITLE 28 U.S.C. SCTIONS 351-364; AND TITLE 28 U.S.C. SECTIONS 455, PREJUDICES, BIASES, DISCRIMINATION AND RETALIATION |

<u>PLAINTIFF Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH NOTICE OF MOTION WITH SUPPORTING AFFIDAVIT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b) TO VACATE, SET ASIDE, REOPEN AND DECLARE NULL AND VOID THE ORDER FILED ON 06/12/ 2025.</u>

TO ALL THE DEFENDANTS AND THEIR ATTORNEY OF RECORD:

**PLEASE TAKE NOTICE** that on July 17, 2025, at 10:30 or 2:30 pm or as soon as may be heard Plaintiff Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH, will move by submission of this notice of motion with the supporting affidavit attached pursuant to Federal Rule of Civil Procedure 60(b) to vacate, set aside, reopen, declare null and void order dated 06/12/2025.



Page 1 of 3

JUN 17 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia