# AROR-ARK ARK O'DIAH v JOHN G. ROBERTS JR, CHIEF JUSTICE, ET AL., CASE NO. 1:23-cv-00653-RDM

## EXHIBIIT #2
**CONTAINS 2-PAGES.**

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, WASHINGTON, DC

---

AROR-ARK ARK O'DIAH,

Plaintiff,

V.

CHIEF JUSTICE JOHN G. ROBERTS; JOHN HOWARD, MD, WTC HEALTH PROGRAM ADMINISTRATOR; ISABELLA JOH, RENAISANCE EQUITY HOLDING LLC CONTROLLER; UNITED STATES SMALL BUSINESS ADMINISTRATION /A/K/A/ SBA; SBA ADMININSTRATOR ISABEL CASILAS GUZMAN; NYC SBA REGIONAL DISTRICT DIRECTOR BETH GOLDBERG; SEPTEMBER 11 VICTIM COMPENSATION FUND SPECIAL MASTER AUGUST FLENTJE; SEPTEMBER 11 VICTIM COMPENSATION FUND OPERATION DIRECTOR KIMBERLY C. BROWN; KINGS COUNTY HOSPITAL MEDICAL CENTER; SOCIAL SECURITY ADMINISTRATION /A/K/A/ SSA, AND SSA COMMISSIONER DR. KILOLO KUAKAZI; UNITED STATES POSTAL SERVICE POSTMASTER GENERAL; CHIEF JUDGE DEBRA ANN LIVINGSTON AND ALL JUDGE IN THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT; JUDGE VALERIE CAPRONI AND ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK IN MANHATTEN IN NEW YORK CITY; JUDGE PAMELA C. CHEN AND ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK; JUDGE WILLIAM H. ALSUP AND ALL JUDGES IN THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA IN SAN FRANCISCO AND OAKLAND IN CALIFORNIA; FORMER CHIEF JUDGE THOMAS AND ALL JUDGES IN THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT IN SAN FRANCISCO IN CALIFORNIA; RETIRED JUDGE RANDALL ENG, AND RETIRED JUDGE ARTHUR COOPERMANN AND ALL JUDGES IN THE NEW YORK STATE SUPREME COURT APPELLATE DIVISION SECOND DEPARTMENT IN BROOKLYN IN KINGS AND QUEENS COUNTIES IN NEW YORK; **JUDGE RANDOLPH D. MOSS**; NEW YORK CITY and NYC COMPTROLLER SCOTT M. STRINGER, And NEW YORK CITY LAW DEPARTMENT CORPORATION COUNSEL HONORABLE SYLVIA O. HIND-RADIX and NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT; GARY M. KAVULICH, ESQ.; AARP, AND BARCLAYS; NEW YORK STATE, and NEW YORK STATE DEPARTMENT OF TEMPORARY AND DISABILITY ASSISTANCE, and NEW YORK STATE EXECUTIVE OFFICE OF CRIME VICTIM SERVICES; T-MOBILE, STAPLES, INC.;

---x 1:23-cv-00653(RDM)

**PLAINTIFF'S MEMORANDUM IN AFFIDAVIT IN SUPPORTING OBJECTIONS TO ALL PRIOR COURTS ORDERS, AND IN OPPOSITION TO DISMISSAL OF COMPLAINT AND CASE.**

**SPEEDILY JURY TRIAL DEMAND. JUDGE RANDOLPH D. MOSS, ALREADY EXHIBITED AND ALREADY EXPRESSED "CONFLICT-OF-INTEREST, BIASES, PREJUDICES, ANTI-BLACKNESS HATEFULNESS" AGAINST THIS PRO SE PLAINTIFF.**
AMENDMENTS 1,14;
18 U.S.C. SECTIONS 241 – 242; AND
28 U.S.C. SECTIONS 455; AND
28 U.S.C. SECTIONS 351 – 364; FRCP(a)(b)
FEDERAL CIVIL RIGHT ACTS OF 1866, 1964;
42 U.S.C. SECTIONS 1983, 1985, 1986
AND BREACHES OF FIDUCIARY DUTIES VIA INTENTIONAL DISCRIMINATIONS & RETALIATIONS VIA THREATS, AND HARASSMENTS IN DISGUISE...



VCF0161480

NEW YORK STATE CHILD SUPPORT PROCESSING CENTER, AND DIRECTOR; NYU LANGONE HEALTH PULMNARY AND SLEEP MED-BKLYN AND BORIS SAGALOVIC, MD; WORLD TRADE CENTER HEALTH PROGRAM, AND CDC-NATIONAL INSTITUTTE OF OCCUPATIONAL SAFETY AND HEALTH, and DIRECTOR; NYC HEALTH + HOSPITALS/MCKINNEY; JAMAICA HOSPITAL MEDICAL CENTER; DR. GLENN J. JAKOBSEN; DR. ZANE HOFFMANN; NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION; LOGISTICS HEALTH INCORPORATED; WILLAIM STREET CLINIC; JPMORGAN CHASE BANK, N.A.; FedEx EXPRESS; OPTIMUM CABLE; CSC HOLDINGS, LLC /A/K/A/ ALTICE USA, INC.; CITY MD BROOKLYN HEIGHT; FULTON VISION CENTER, LLC and OWNER; RENAISANCE EQUITY HOLDINGS LLC, AND OWNER, and FLATBUSH GARDENS; CARECREDIT /A/K/A/ CARECREDIT/SYNCHRONY BANK; SYNCHRONY BANK; BRIAN DOUBLES; RICHARD WALSH, ESQ; ALEXANDRA E. CLAUS, ESQ; AMY SECTER, ESQ; DARIN BILLIG, ESQ; CURTIS JACKSON, ESQ; PARK & NGUYEN; STEVEN P. ORLOWSKI, ESQ; CAPITAL ONE BANK, N.A.; NASSAU COUNTY, and NASSAU COUNTY CHILD SUPPORT COLLECTION UNIT; TRANS UNION; EXPERIAN; EQUIFAX CREDDIT INFORMATION SERVICES; NEW YORK-PRESBYTERIAN HOSPITAL/COLUMBIA, and NEW YORK -PRESBYTERIAN HOSPITAL-NEW YORK WEILL CORNELL MEDICAL CENTER; ALL THE JUDGES IN THE NEW YORK STATE SUPREME COURTS IN KINGS AND QUEENS COUNTIES; KAVULICH & ASSOCIATES, P.C.; AMERICAN EXPRESS FINANCIAL SERVICES, INC; WESTERN UNION FINANCIAL SERVICES, INC; DISCOVER FINANCIAL SERVICES, INC; CHEMOURS COMPANY; HONEYWELL; QUEENS HOSPITAL MEDICAL CENTER; ELMHURST HOSPITAL MEDICAL CENTER; LEXISNEXIS RISK SOLUTION BUREAU LLC; ALL JUDGES IN NASSAU COUNTY FAMILY COURT, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; SUED IN THEIR INDIVIDUAL AND IN THEIR OFFICIAL CAPACITIES, Defendants.

------------------------------------------------------------X

<u>PLAINTIFF' MEMORANDUM IN AFFIDAVIT SUPPORTING OBJECTIONS TO ALL PRIOR COURTS ORDERS AND IN OPPOSITION TO ALL PENDING MOTIONS FILED TO DISMISS COMPLAINT AND THIS CASE. DEMAND ALL PRIOR ORDERS MUST BE VACATED BASED UPON NEWLY DISCOVERED EVIDENCE THAT WERE CONCEALED BY JUDGE RANDOLPH D. MOSS, AND ALL PARTICIPATED NAMED DEFENDANTS:</u>

Plaintiff hereby humbly request that the Court Clerk at Pro Se Intake Office issue Court SUMMONS on the following Defendants: **(1)** Judge RANDOLPH D. MOSS; **(2)** JOHN HOWARD, MD, WTC HEALTH PROGRAM ADMINISTRATOR; **(3)** NEW YORK STATE CHILD SUPPORT PROCESS CENTER, AND DIRECTOR; **(4)** NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, And **(5)** ISABELLA JOH. Plaintiff have disclosed related case pending in the New York Landlord-Tenant Civil Court, Kings County with supporting statements, points of authorities and exhibits with enclosed affidavits of DANIEL MURRAY, and Late YONETTE ANTOINETTE GRANT.

2


VCF0161480