# EXHIBIT #3

Contains 2-Pages

**DESCRIPTION OF EXHIBIT#3 BELOW:**

Correspondence between the office of the New York State Attorney General Chief of Housing Protection Unit BRENT MELTZER and BENJAMIN EPSTEIN of the Epstein, Schreier, & Shapiro LLC; and PHILLIP ROSEN of the Horing Welikson Rosen & Digrugilliers, PC., related or relevance to the unconstitutional EVICTION Process initiated by FLATBUSH GARDENS HOUSING DEVELOPMENT FUND CORP against Plaintiff's late Spouse who passed (died) on February 25, 2020, and stopped living in the Apartment located at 3403 Foster Avenue, Apt 4B, Brooklyn, NY 11210-6439, effective from February 25, 2020, after death.



**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

---

**SENT VIA EMAIL**

May 1, 2025

Benjamin Epstein
Epstein, Schreier, & Shapiro LLC
1674 East 22nd Street, 2nd Floor
Brooklyn, NY 11229

Phillip Rosen
Horing Welikson Rosen & Digrugilliers, PC
11 Hillside Avenue
Williston Park, NY 11596

**RE:** Flatbush Gardens

Dear Counselors:

The Office of the Attorney General ("OAG") has received complaints that housing court proceedings have been commenced against tenants who live in Flatbush Gardens in the name of an improper party. A review of court filings revealed non-payment petitions against Flatbush Gardens tenants where the named petitioner is either the beneficial owner (the HDFC), or Renaissance Equity Holdings LLCs. However, from a review of public filings, only lettered Renaissance Holdings LLCs (e.g. Renaissance Equity Holdings LLC A) are the proper party to commence non-payment proceedings. The attached Declaration grants each lettered LLC the ""unconditional and exclusive right to receive rental and any other income..." In addition, it is our understanding that all leases are between one of the lettered LLCs and tenants and there does not appear to have been an assignment of leases and rents recorded against the property.

Please promptly review all filings related to Flatbush Gardens and discontinue all cases where the wrong petitioner is named. By May 6, 2025, please contact the undersigned to confirm that a review of the relevant filings has commenced and that you will be discontinuing any action that was improperly brought. If you have any questions or concerns, please feel free to reach out.

Sincerely,

Brent Meltzer
Chief, Housing Protection Unit
Office of the New York State Attorney General

---

Housing Protection Unit | 28 Liberty Street | New York NY 10005
1-800-771-7755 | ag.ny.gov

 



Hello Flatbush Gardens Tenant,

We are reaching out to you because online court records show that at some point since 2024 you were sued in housing court by a party named "Flatbush Gardens Housing Development Fund Corp."

**Flatbush Gardens Housing Development Fund Corp. Must Discontinue All Housing Court Cases**
On May 1, 2025, the Attorney General sent a letter to Flatbush Gardens Housing Development Fund Corp.'s lawyers explaining why they should not be filing housing court cases against tenants. The Attorney General asked them to discontinue or drop all housing court cases filed by "Flatbush Gardens Housing Development Fund Corp." We have enclosed a copy of that letter. Online court records show that Flatbush Gardens Housing Development Fund Corp. has not yet discontinued all of its housing court cases.

You can search your name (or the name of the tenant on your lease) on the link below to see the status of your case:
https://iapps.courts.state.ny.us/nyscef.

**How to Get Your Case Dismissed**
<u>If your case has not been discontinued, and you have not filed an answer</u>, you should go Brooklyn Housing Court (141 Livingston Street) to file an answer in your case. You can tell the clerk on the 2nd Floor that the wrong party sued you. You should bring the Attorney General's letter and ask the clerk to accept the letter as part of your answer.

<u>If your case has not been discontinued, and you already filed an answer</u>, it is important to show up to your next court date. At that next court date, you can tell the Judge that the wrong party sued you and that the case should be dismissed. You should bring the Attorney General's letter to show the Judge.

<u>If there is already a judgement against you</u>, you should go to Brooklyn Housing Court immediately and file an Order to Show Cause to stop a potential eviction. You can ask the Court to vacate the judgement against you because the wrong party sued you. You should bring the Attorney General's letter and ask the clerk to attach the letter to your Order to Show Cause.

**You Can Still Be Sued in Housing Court by Renaissance Equity Holdings LLC**
Look out for housing court cases brought by a party whose name starts with "Renaissance Equity Holdings LLC" followed by a letter from A to G. This party is allowed to sue you in housing court if it matches the landlord's name in your lease. Other tenants who were sued by this party have reported that they were not properly served with the court papers. You can check https://iapps.courts.state.ny.us/nyscef to see if Renaissance Equity Holdings LLC has a housing court case against you.

**Connect to Organizers**
If you have additional questions, you can reach out to the organizers from Flatbush Tenant Coalition who are working with your neighbors. Flatbush Tenant Coalition meets with Flatbush Gardens tenants on the first Tuesday of the month to figure out how to leverage your power as a tenant to fight for safe, decent, and affordable housing.

**Moné Makkawi**
monemftc@gmail.com
(917) 264-5469

**Krysten Washington**
ftcinfo2@gmail.com
(347) 916-5319

